UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANELYS HERNANDEZ,

               Plaintiff,

   - against -

HS SUPPLIES, LLC,

               Defendant.

23-cv-3622 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by October 31, 2023.

SO ORDERED.

Dated:    New York, New York
           October 16, 2023

                                             _____
                                               John G. Koeltl
                                        United States District Judge