UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JANELYS HERNANDEZ,

                Plaintiff(s)

      -against-

HS SUPPLIES LLC,

                Defendant(s).
-------------------------------------------------------------X

23 civ 3622 (JGK)

## ORDER

A scheduling order having been entered on November 1, 2023,

The conference scheduled for November 21, 2023 is canceled.

**SO ORDERED.**

                                            JOHN G. KOELTL
                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 16, 2023